**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BRIAN S. MORAN, JR.,

                Plaintiff,                20 **CIVIL** 5276 (VEC) (KNF)

      -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 24, 2021, that the decision of the Commissioner of Social Security shall be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings; accordingly, this case is closed.

**Dated:**  New York, New York
           March 25, 2021

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court
                               BY:
                                                     Deputy Clerk